FRED M. BLUM (SBN 101586)
ERIN K. POPPLER (SBN 267724)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339
E-Mail: Fblum@behblaw.com
EPoppler@behblaw.com

Attorneys for Defendant
LITHIA MOTORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITHIA REAL ESTATE, INC., an Oregon Corporation, LITHIA MOTOR, INC., an Oregon Corporation,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>AIRPORT ROAD DEVELOPMENT, LLC., a California limited liability company, JON THOMASON, an individual,<br><br>　　　　Defendants. | Case No. 2:11-CV-00534 FCD-KJN<br><br>**ORDER GRANTING AGREEMENT OF THE PARTIES PURSUANT TO STIPULATION TO EXTEND TIME FOR COMPLETION OF PLAINTIFFS LITHIA REAL ESTATE, INC.'S AND LITHIA MOTOR, INC.'S DEPOSITION OF DEFENDANT AIRPORT ROAD DEVELOPMENT, LLC'S FEDERAL RULES OF CIVIL PROCEDURE RULE 30(B)(6) WITNESS** |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court hereby finds that good cause exists for the Court to modify the Status (Pretrial Scheduling) Order ("the Order") to allow for Plaintiffs <u>LITHIA REAL ESTATE, INC.</u> and <u>LITHIA MOTOR, INC</u> ("Lithia") to complete Defendant <u>AIRPORT ROAD DEVELOPMENT</u>'s ("ARD") Federal Rules of Civil Procedure Rule 30(b)(6) witness deposition after the discovery cut-off date specified in the Order. Pursuant to the agreement of the parties, ARD's Rule 30(b)(6) witness deposition will take place on September 21, 2011. For good cause appearing:

The court HEREBY ORDERS that the Parties' agreement to extend time for completion of Lithia's deposition of ARD's Rule 30(b)(6) witness after the discovery cut-off date specified in the Order is GRANTED. The court further orders, as per the agreement of the parties, the deposition of ARD's Rule 30(b)(6) witness will take place on September 21, 2011 at a time and place to be determined by the parties.

**IT IS SO ORDERED.**

**Dated: August 29, 2011**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE