FRED M. BLUM, ESQ. (SBN 101586)
fblum@behblaw.com
ERIN POPPLER, ESQ. (SBN 267724)
epoppler@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Plaintiffs
LITHIA REAL ESTATE, INC. and
LITHIA MOTOR, INC.

JAMES B. BETTS (SBN 110222)
BRADY K. MCGUINNESS. (SBN 172548)
Bmcguinness@bettsrubinlaw.com
BETTS & RUBIN, A Professional Corporation
907 Santa Fe Avenue, Suite 201
Fresno, CA 93721
Telephone:   (559) 438-8500
Facsimile:   (559) 438-6959

Attorneys for Defendants
AIRPORT ROAD DEVELOPMENT, LLC and
JON THOMASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITHIA REAL ESTATE, INC., an Oregon Corporation, LITHIA MOTOR, INC., an Oregon Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> AIRPORT ROAD DEVELOPMENT, LLC., a California limited liability company, JON THOMASON, an individual, <br><br> Defendants. | Case No. 2:11-CV-00534-MCE-KJN <br><br> STIPULATION AND ORDER TO CONTINUE PRETRIAL STATEMENT DEADLINE TO NOVEMBER 24, 2015 <br><br> Judge:      Hon. Morrison C. England <br> Trial Date:   January 11, 2016 |

1    Plaintiffs LITHIA REAL ESTATE, INC. and LITHIA MOTOR, INC. ("Plaintiffs")

2  and Defendants AIRPORT ROAD DEVELOPMENT, LLC and JON THOMASON

3  ("Defendants"), by and through their respective counsel, stipulate with respect to the

4  pretrial statement deadline, as follows:

5                                            RECITALS

6    1.    Lithia Real Estate is a corporation formed in the state of Oregon with its

7  principle place of business in Medford, Oregon.

8    2.    Lithia Motor, Inc. is a corporation formed in the state of Oregon with its

9  principle place of business in Medford, Oregon.

10    3.    Airport Road Development, LLC ("ARD") is a limited liability company

11  formed in the state of California with its principal place of business in Fresno, California.

12    4.    Jon Thomason, an individual, is the managing member of ARD and

13  resides in Fresno, California.

14    5.    The Parties jointly own a parcel of land located at the southeast corner of

15  Airport Road and Highway 44 in the southeastern portion of the city of Redding,

16  California (the "Property").

17    6.    The Property is the subject of this Action.

18    7.    Pursuant to the Minute Order entered on February 10, 2015 (Dkt. 32[1]), the

19  trial date is set for January 11, 2016.  The Final Pretrial Conference is set for December

20  3, 2015.  Dkt. 32.  The Parties' Joint Final Pretrial Statement is due no later than

21  Thursday, November 12, 2015.  Dkt. 32.

22    8.    The initial trial date and trial-related deadlines set in the Court's Status

23  Pretrial Scheduling Order dated May 12, 2011 (Dkt. 13), were continued by the Court

24  through its subsequent orders.  Dkts. 23, 25, 28, 30 & 32.

25    9.    The Parties desire to resolve this matter outside of continued litigation.

26  The Parties have been and will continue to work in good faith to achieve that result.

27

28

[1] "Dkt." refers to the Court's ECF Docket number for this case.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10.     Based on their ongoing efforts to resolve this Action, the Parties are close to reaching a settlement in principle.

11.     Counsel for Plaintiffs spoke with the courtroom clerk regarding the upcoming trial submission deadlines and how to best proceed in light of the near settlement of this matter.  Counsel was advised by the courtroom clerk that a viable option for the Parties would be to stipulate to a brief continuance of the upcoming deadline for the Joint Final Pretrial Statement.

12.     Accordingly, in the interest of judicial economy and the Parties' respective interests, the Parties submit this stipulation and proposed order seeking a brief continuance of the Joint Final Pretrial Statement deadline from Thursday, November 12, to Tuesday, November 24, 2015, in order to focus their efforts on an informal resolution.

STIPULATION

1       1.      The Parties, through their respective counsel of record, stipulate to extend

2   the deadline for the Joint Final Pretrial Statement from the current date of Thursday,

3   November 12, 2015, to Tuesday, November 24, 2015.

4

5

6   Date:   November 11, 2015                    BASSI, EDLIN, HUIE & BLUM LLP

7

8                                                By: _____

9                                                     ERIN K. POPPLER
                                                      Attorneys for Plaintiff
10                                                    LITHIA REAL ESTATE, INC. and
                                                      LITHIA MOTOR, INC.
11

12

13  Date:   November 11, 2015                    BETTS & RUBIN

14

15                                               By: _____

16                                                    BRADY K. MCGUINNESS
                                                      Attorneys for Defendants
17                                                    AIRPORT ROAD DEVELOPMENT,
                                                      LLC and JON THOMASON
18

19

20

21                                        ORDER

22

23         Pursuant to the parties' stipulation (ECF No. 33), the Joint Final Pretrial

24  Statement shall be filed no later than November 24, 2015.

25         IT IS SO ORDERED.

26  Dated:  November 16, 2015

27

28
                                   _____
                                   MORRISON C. ENGLAND, JR, CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT