1 | FRED M. BLUM, ESQ. (SBN 101586)
ERIN POPPLER, ESQ. (SBN 267724)
2 | BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
3 | San Francisco, CA 94111
Telephone: (415) 397-9006
4 | Facsimile: (415) 397-1339

5 | Attorneys for Plaintiffs
LITHIA REAL ESTATE, INC. and
6 | LITHIA MOTOR, INC.

8 | BRADY K. MCGUINNESS. (SBN 172548)
bmcguinness@ch-law.com
9 | COLEMAN & HOROWITT, LLP
499 W. Shaw Ave., Suite 116
10 | Fresno, CA 93704
Telephone: (559) 248-4820
11 | Facsimile: (559) 248-4830

12 | Attorneys for Defendants
AIRPORT ROAD DEVELOPMENT, LLC and
13 | JON THOMASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITHIA REAL ESTATE, INC., an Oregon Corporation, LITHIA MOTOR, INC., an Oregon Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AIRPORT ROAD DEVELOPMENT, LLC., a California limited liability company, JON THOMASON, an individual,<br><br>Defendants. | Case No. 2:11-cv-00534-MCE-KJN<br><br>**ORDER OF DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Judge; Hon. Morrison C. England, Jr. |

2627082

1

**ORDER ON DISMISSAL, Case No. 2:11-cv-00534-MCE-KJN**

**ORDER**

Pursuant to the Stipulation of the Parties (ECF No. 59), and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and Parties, with each party bearing that party's own fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: March 14, 2019

---
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2627082